959 F.2d 753
 AMERICAN HOME ASSURANCE COMPANY, Plaintiff-Appellant,
v.
Michael SCHER, Ph.D., d/b/a Supportive Psychological
Services, Defendant-Appellee.
 No. 91-55100.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted Feb. 5, 1992.
Decided March 4, 1992.
 
 Appeal from the United States District Court for the Central District of California; Harry L. Hupp, District Judge, Presiding.
 Before: ALARCON, BEEZER and RYMER, Circuit Judges.
 
 
 1
 We affirm for the reasons stated by the district court in its decision of December 3, 1990.
 
 
 2
 AFFIRMED.